No. 97–943.   LOZANO *v.* ATCHISON, TOPEKA & SANTA FE RAIL-WAY CO.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 97–944.   CRADDOCK ET AL. *v.* CIRCUIT COURT OF VIRGINIA, PRINCE WILLIAM COUNTY.   C. A. 4th Cir.   Certiorari denied.

No. 97–946.   O'LEARY *v.* CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–947.   ALFIERI ET VIR *v.* M. F. SMITH & ASSOCIATES, INC., ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 97–948.   JACK ECKERD CORP. *v.* SHANNON.   C. A. 11th Cir.   Certiorari denied.

No. 97–950.   GRIER *v.* TITAN CORP.   C. A. 4th Cir.   Certiorari denied.

No. 97–955.   DUNLAP *v.* TEXAS.   Ct. App. Tex., 3d Dist.   Certiorari denied.

No. 97–956.   LUFTHANSA GERMAN AIRLINES *v.* KRYS ET UX.   C. A. 11th Cir.   Certiorari denied.

No. 97–957.   TOYS "R" US, INC., ET AL. *v.* YUSUF AHMED AL-GHANIM & SONS, W. L. L.   C. A. 2d Cir.   Certiorari denied.

No. 97–958.   ESTATE OF BLUE ET AL. *v.* LOS ANGELES COUNTY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–959.   GUNN *v.* DEPARTMENT OF AGRICULTURE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 97–961.   CONDIT ET AL. *v.* HAMILTON COUNTY, OHIO, ET AL.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 97–962.   SOLID WASTE TRANSFER & RECYCLING, INC. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.